Anthony M. Solis
California State Bar No. 198580
Anthony M. Solis APLC
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
Telephone: 213-489-5880
Email: anthonysolislaw@gmail.com

Attorney for Defendant
Karina Cesena

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSHUA DANIEL ZOLTAN, et al.,<br>Defendants. | Case No. 26-cr-00014-JWH<br>Hon. John W. Holcomb<br>**UNOPPOSED**<br>**MOTION TO UNSEAL ECF NO. 461 ORDER APPOINTING JOHN C. ELLIS JR AS COORDINATING DISCOVERY ATTORNEY** |

COMES NOW, the defendants, through their counsel of record, individually and for the benefit of all court-appointed defendants and their counsel and move this Court for an order to unseal the Order Appointing John C. Ellis, Jr. as Coordinating Discovery Attorney (ECF No. 461).

The government **does not oppose** this motion.

Respectfully submitted,

Dated: August 25, 2026

*/s/ Anthony Solis*
Anthony Solis
Attorney for Karina Cesena