**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA DANIEL ZOLTAN, et al.,

Defendants.

Case No. 26-cr-00014-JWH

Hon. John W. Holcomb

**ORDER UNSEALING ECF NO. 461 ORDER APPOINTING JOHN C. ELLIS JR AS COORDINATING DISCOVERY ATTORNEY**

It is hereby **ORDERED** that ECF No. 461, the Court's Order appointing John C. Ellis, Jr. as Coordinating Discovery Attorney, be unsealed.

**IT IS SO ORDERED.**

Dated: August 26, 2026

______________________________
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE